In the Matter of BELMONT PAPER BOX Co., INC., Judgment Creditor, Respondent, *v.* JOHN STEPHEN, Judgment Debtor, Appellant.

Submitted October 4, 1943; decided October 21, 1943.

*James I. Cuff* for motion.
*Isidor Glasgal* opposed.

Motion denied, without prejudice to a renewal thereof upon the argument of the appeal.